## MADDAS et Trs. v RUSH et

Ohio Appeals, 7th Dist, Monroe Co
Decided April 28, 1931

Matz & Matz, Woodsfield, for Maddas et, Trustees.

WARR, J.

In view of the foregoing, the conclusion is that a receiver should be appointed, and such appointment will be made by this court upon the suggestion of a proper person to serve in that capacity, and the cause will be certified back to the Court of Common Pleas for such further proceedings as are authorized by law.

POLLOCK and ROBERTS, JJ, concur.